826

No. 86–1962.  SCHLAEPPI ET AL. *v.* DELAWARE TRUST CO., TRUSTEE.  Sup. Ct. Del.  Certiorari denied.

No. 86–1965.  SEILER *v.* LUCASFILM, LTD., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 86–1966.  MATHIS ET AL. *v.* HYDRO AIR INDUSTRIES, INC., ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 86–1968.  LOS ANGELES RAIDERS *v.* NATIONAL FOOTBALL LEAGUE ET AL.; and
No. 86–1972.  NATIONAL FOOTBALL LEAGUE ET AL. *v.* OAKLAND RAIDERS, LTD., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 86–1969.  CAMPOS-GUARDADO *v.* IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 5th Cir.  Certiorari denied.

No. 86–1973.  GOELST *v.* GOELST.  Super. Ct. Ga., Cobb County.  Certiorari denied.

No. 86–1974.  EDDINS *v.* NEW YORK UNIVERSITY.  C. A. 2d Cir.  Certiorari denied.

No. 86–1975.  MICHELSON *v.* MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.  C. A. 10th Cir.  Certiorari denied.

No. 86–1976.  BRIGGS *v.* INDIANA SUPREME COURT DISCIPLINARY COMMISSION; and
No. 86–1977.  BRIGGS *v.* INDIANA SUPREME COURT DISCIPLINARY COMMISSION.  Sup. Ct. Ind.  Certiorari denied.

No. 86–1978.  JACKSON COUNTY BY AND THROUGH ITS CHILD SUPPORT ENFORCEMENT AGENCY EX REL. JACKSON *v.* SWAYNEY.  Sup. Ct. N. C.  Certiorari denied.

No. 86–1979.  TEXAS *v.* WILKERSON.  208th Dist. Ct. of Harris County, Tex.  Certiorari denied.

No. 86–1980.  BAILEY *v.* GRAND TRUNK LINES NEW ENGLAND ET AL.  C. A. 2d Cir.  Certiorari denied.